Alison L. Lynch (SBN 240346)
Parth P. Jani (SBN 334881)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendants
PFIZER INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual and DOES 1 through 100, inclusive,<br><br>          Defendants. | CASE NO.:<br><br>**DECLARATION OF TARA PALESH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441**<br><br>State Court Complaint Filed: April 25, 2023<br>Trial Date:            Not Set |

## DECLARATION OF TARA PALESH

I, Tara Palesh, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I have

been employed with Pfizer Inc. ("Pfizer"), since March 2010, in which capacity I am presently employed as a Senior Director, Global Analytics Lead.

2. I am currently domiciled in New York, New York. I have lived and worked in New York, New York since approximately March 2010. My personal mail is sent to an New York address.

3. At the time Plaintiff Frank Han filed his Complaint in Superior Court of the State of California, County of San Francisco with Case No. CGC-23-606080, I was already domiciled in New York, New York.

I declare under penalty of perjury and under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on _Thursday July 27_, at _New York_, New York.

_____
TARA PALESH

CASE NO.: 2    DECLARATION OF TARA PALESH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA