Alison L. Lynch (SBN 240346)
Parth P. Jani (SBN 334881)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendants
PFIZER, INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual and DOES 1 through 100, inclusive,<br><br>          Defendants. | CASE NO.:<br><br>**DECLARATION OF JEFF SCOTT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441**<br><br>State Court Complaint Filed: April 25, 2023<br>Trial Date:           Not Set |

## DECLARATION OF JEFF SCOTT

I, Jeff Scott, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I have

been employed with Pfizer Inc. ("Pfizer"), since November 2010, in which capacity I am presently employed as Lead Compliance Counsel for Digital, Reporting and Analytics.

2. I am currently domiciled in Wynnewood, Pennsylvania. I have lived and worked in Wynnewood, Pennsylvania since approximately June 2012. My personal mail is sent to a Pennsylvania address.

3. At the time Plaintiff Frank Han filed his Complaint in Superior Court of the State of California, County of San Francisco with Case No. CGC-23-606080, I was already domiciled in Wynnewood, Pennsylvania.

4. As Lead Compliance Counsel for Pfizer, I am aware that Pfizer is a corporation organized under the laws of the state of Delaware. I am also aware that Pfizer's headquarters and principal place of business is located in New York, New York. I have traveled to and regularly communicate with colleagues located at Pfizer's New York headquarters. I am aware that although Pfizer does business throughout the United States and internationally, it controls its operations from New York, where its headquarters and executive and administrative offices are located.

I declare under penalty of perjury and under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 26, 2023, at Wynnewood, Pennsylvania.

_____
JEFF SCOTT

CASE NO.:                      2      DECLARATION OF JEFF SCOTT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA