Alison L. Lynch (SBN 240346)
Parth P. Jani (SBN 334881)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendants
PFIZER INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO.:<br><br>**DECLARATION OF ERIC EICHINGER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441**<br><br>State Court Complaint Filed: April 25, 2023<br>Trial Date:                                 Not Set |

## DECLARATION OF ERIC EICHINGER

I, Eric Eichinger, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I have

---

CASE NO.:                                                  1                  DECLARATION OF ERIC EICHINGER IN
                                                                                SUPPORT OF NOTICE OF REMOVAL OF ACTION
                                                                                TO THE UNITED STATES DISTRICT COURT FOR
                                                                                THE NORTHERN DISTRICT OF CALIFORNIA

been employed with Pfizer Inc. ("Pfizer"), a Delaware corporation, since July 2007, in which capacity I am presently employed as a Director of Employee Relations.

2. I am aware, at the time of the filing of the Complaint, Pfizer's headquarters and principal place of business was in New York, New York. I have traveled to and regularly communicate with colleagues located at Pfizer's New York headquarters. I am aware that although Pfizer does business throughout the United States and internationally, it controls its operations from New York, where its headquarters and executive and administrative offices are located.

3. As a Director, Employee Relations at Pfizer, I have access to personnel and payroll records for Pfizer's employees. I have reviewed these records for Plaintiff Frank Han. At the time of his alleged termination on December 4, 2022, Plaintiff Frank Han was earning an annual base salary of $197,910.00.

4. I am currently domiciled in Chester Springs, Pennsylvania. I have lived and worked in Chester Springs, Pennsylvania since approximately December 2022, and prior to that have lived in Collegeville, Pennsylvania. My personal mail is sent to a Pennsylvania address.

5. At the time Plaintiff Frank Han filed his Complaint in Superior Court of the State of California, County of San Francisco with Case No. CGC-23-606080, I was already domiciled in Chester Springs, Pennsylvania.

I declare under penalty of perjury and under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 28, 2023, at Chester Springs, Pennsylvania.

ERIC EICHINGER

CASE NO.:     2     DECLARATION OF ERIC EICHINGER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA