Alison L. Lynch (SBN 240346)
Parth P. Jani (SBN 334881)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendant
PFIZER INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.:<br><br>**DECLARATION OF ALISON L. LYNCH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441**<br><br>State Court Complaint Filed: April 25, 2023<br>Trial Date:                           Not Set |

## DECLARATION OF ALISON L. LYNCH

I, Alison L. Lynch, declare:

1.  I am a member of the State Bar of California and am a principal of the law firm of Jackson Lewis, P.C., attorneys of record for Defendants Pfizer Inc. ("Pfizer"), Tara Palesh ("Palesh"), Jeff Scott ("Scott"), and Eric Eichinger ("Eichinger") (collectively,

1  "Defendants") in the above-referenced matter.  If called as a witness, I would and could
2  competently testify to all facts set forth below which are within my personal knowledge,
3  except where stated upon information and belief.

4      2.    On April 25, 2023, Plaintiff Frank Han, filed a Complaint naming Defendants
5  in the Superior Court of California for the County of San Francisco, bearing Case Number
6  CGC-23-606080, and alleging the following claims: (1) Whistleblower Retaliation; (2)
7  Hostile Work Environment; (3) Harassment; (4) Failure to Prevent Harassment and
8  Retaliation; (5) Intentional Infliction of Emotional Distress; (6) Violation of Business &
9  Professions Code §17200-17208; (7) Retaliation in Violation of Government Code
10 §12900; and (8) Wrongful Termination in Violation of Public Policy.  A true and correct
11 copy of this Complaint and accompanying Summons is attached hereto as **Exhibit A**.

12     3.    Defendants were served with a Notice and Acknowledgement of Receipt with
13 a copy of Plaintiffs' Summons, Complaint and other related court documents on June 14,
14 2023.  A true and correct copy is also attached hereto as **Exhibit B**.

15     4.    On July 5, 2022 Defendants executed and returned the Notice and
16 Acknowledgement of Receipt. A true and correct copy of the Notice and
17 Acknowledgement of Receipt is attached hereto as **Exhibit B**.

18     5.    As of the date of this Notice of Removal, the pleadings and papers in **Exhibit**
19 **A through B** constitute all court filings with which Defendants have been served.

20     6.    Plaintiff is represented by attorneys Michael Adler and Zuma Munoz from the
21 firm Adlerlaw, PC and Steven M. Sweat from the firm Steven M. Sweat Personal Injury
22 Lawyers, APC.  On June 19, 2023, my office accessed the California State Bar website at:
23 https://apps.calbar.ca.gov/attorney/Licensee/Detail/170381 to access Mr. Adler's
24 admission information. Michael Adler was admitted to practice in California on June 6,
25 1994.  Filed herewith as **Exhibit C** is a true and correct copy of a printout from the
26 California State Bar website for Mr. Adler's information.

27     7.    I am informed and aware that Defendant Pfizer is a corporation organized
28 under the laws of the State of Delaware and has its principal place of business in New York.

I went onto the California Secretary of State website and searched for "Pfizer" in order to confirm this fact. Attached hereto as **Exhibit D** is a true and correct copy of Pfizer's Statement of Information Corporation.

8. I have represented employers in employment litigation for over 18 years in California and am familiar with fees awarded to plaintiffs' counsel in similar actions filed in California and federal court. Based on my experience and Plaintiff's allegations, it would be reasonable to expect that attorneys' fees alone in this case will exceed the sum of $75,000 through trial.

I declare under penalty of perjury and under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this the 4th day of August, 2023 at Irvine, California.

    /s/ Alison L. Lynch
    Alison L. Lynch

4896-1588-0291, v. 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28