POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Michael Alder, Esq./Zulma A. Munoz, Esq.  SBN: 170381/325531 <br> ALDER LAW, PC <br> 12800 Riverside Drive, 2nd Floor <br> Valley Village, California 91607 <br> TELEPHONE NO.: 310-275-9131   FAX NO. *(Optional):* 310-275-9132 <br> E-MAIL ADDRESS *(Optional):* zmunoz@alderlaw.com <br> ATTORNEY FOR *(Name):* Plaintiff, Frank Han | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, 94102-4515
BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: Frank Han

DEFENDANT/RESPONDENT: Pfizer Inc., Tara Palesh, Jeff Scott, Eric Eichinger

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER: <br> CGC-23-606080 |
|---|---|

TO *(insert name of party being served):* Pfizer Inc., a Delaware Corporation

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 14, 2023

Zulma A. Munoz
(TYPE OR PRINT NAME)                                    ▶ *(signature)*
                                                         (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [X]  A copy of the summons and of the complaint.
2. [X]  Other *(specify):* Notice of CMC; San Francisco Superior Court ADR Package

*(To be completed by recipient):*

Date this form is signed:

July 5, 2023    Parth P. Jani on behalf of Pfizer, Inc.            ▶ *Parth Jani*
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California         **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**         Code of Civil Procedure,
POS-015 [Rev. January 1, 2005]                                                                  §§ 415.30, 417.10
                                                                                                www.courtinfo.ca.gov
                                                                                                Westlaw Doc & Form Builder™

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Michael Alder, Esq./Zulma A. Munoz, Esq.   SBN: 170381/325531<br>ALDER LAW, PC<br>12800 Riverside Drive, 2nd Floor<br>Valley Village, California 91607<br>TELEPHONE NO.: 310-275-9131   FAX NO. *(Optional):* 310-275-9132<br>E-MAIL ADDRESS *(Optional):* zmunoz@alderlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, Frank Han | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, 94102-4515
BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: Frank Han

DEFENDANT/RESPONDENT: Pfizer Inc., Tara Palesh, Jeff Scott, Eric Eichinger

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CGC-23-606080 |
|---|---|

TO *(insert name of party being served):* Eric Eichinger

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 14, 2023

Zulma A. Munoz
(TYPE OR PRINT NAME)      ▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [X]  A copy of the summons and of the complaint.
2. [X]  Other *(specify):* Notice of CMC; San Francisco Superior Court ADR Package

*(To be completed by recipient):*

Date this form is signed:

July 5, 2023   Parth P. Jani on behalf of Eric Eichinger          ▶ 
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,              (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                              ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Michael Alder, Esq./Zulma A. Munoz, Esq.   SBN: 170381/325531<br>ALDER LAW, PC<br>12800 Riverside Drive, 2nd Floor<br>Valley Village, California 91607<br>TELEPHONE NO.: 310-275-9131   FAX NO. *(Optional):* 310-275-9132<br>E-MAIL ADDRESS *(Optional):* zmunoz@alderlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, Frank Han | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, 94102-4515
BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: Frank Han

DEFENDANT/RESPONDENT: Pfizer Inc., Tara Palesh, Jeff Scott, Eric Eichinger

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CGC-23-606080 |
|---|---|

TO *(insert name of party being served):* Jeff Scott

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 14, 2023

Zulma A. Munoz
(TYPE OR PRINT NAME)                    ▶ (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [X]  A copy of the summons and of the complaint.
2. [X]  Other *(specify):* Notice of CMC; San Francisco Superior Court ADR Package

*(To be completed by recipient):*

Date this form is signed:

July 5, 2023    Parth P. Jani on behalf of Jeff Scott        ▶ *Parth Jani*
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Michael Alder, Esq./Zulma A. Munoz, Esq.    SBN: 170381/325531<br>ALDER LAW, PC<br>12800 Riverside Drive, 2nd Floor<br>Valley Village, California 91607<br>TELEPHONE NO.: 310-275-9131    FAX NO. *(Optional):* 310-275-9132<br>E-MAIL ADDRESS *(Optional):* zmunoz@alderlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, Frank Han | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, 94102-4515
BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: Frank Han

DEFENDANT/RESPONDENT: Pfizer Inc., Tara Palesh, Jeff Scott, Eric Eichinger

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CGC-23-606080 |
|---|---|

TO *(insert name of party being served):* Tara Palesh

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 14, 2023

Zulma A. Munoz
(TYPE OR PRINT NAME)    ▶    *(signature)*
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [X] A copy of the summons and of the complaint.
2. [X] Other *(specify):* Notice of CMC; San Francisco Superior Court ADR Package

*(To be completed by recipient):*

Date this form is signed:

July 5, 2023    Parth P. Jani on behalf of Tara Palesh    ▶    *Parth Jani*
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)    ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov
Westlaw Doc & Form Builder