

**C Michael Alder #170381**
License Status: Active

Address: AlderLaw, 1875 Century Park E Ste 1500, Los Angeles, CA 90067

Phone: 310-275-9131  |  Fax: 310-275-9132

Email: CMAlder@alderlaw.com  |  Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 6/6/1994 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2023 The State Bar of California

