



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**
**-FILED-**
File No.: BA20231042364
Date Filed: 6/30/2023

| Entity Details | |
|---|---|
| Corporation Name | PFIZER INC. |
| Entity No. | 0255105 |
| Formed In | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 66 HUDSON BOULEVARD EAST<br>NEW YORK, NY 10001-2192 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 66 HUDSON BOULEVARD EAST<br>NEW YORK, NY 10001-1922 |
| Attention | Tax Dept. |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Margaret M Madden | 66 HUDSON BOULEVARD EAST<br>NEW YORK, NY 10001-2192 | Secretary |
| Albert Bourla | 66 HUDSON BOULEVARD EAST<br>NEW YORK, NY 10001-2192 | Chief Executive Officer |
| David Denton | 66 HUDSON BOULEVARD EAST<br>NEW YORK, NY 10001-2192 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| SUSAN GRANT | 100 ROUTE 206 NORTH<br>PEAPACK, NJ 07977 | Assistant Secretary | |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Pharmaceutical Preparation & Manufacturing |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Labor Judgment |
|---|
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. |

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Susan Grant*  *06/30/2023*
Signature                                                                              Date

B1910-6244 06/30/2023 7:58 AM Received by California Secretary of State