Alison L. Lynch (SBN 240346)
Parth P. Jani (SBN 334881)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendants
PFIZER INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO:<br><br>**DEFENDANTS TARA PALESH, JEFF SCOTT, & ERIC EICHINGER'S NOTICE OF JOINDER IN SUPPORT OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, AND 1441**<br><br>St. Court Complaint Filed: April 25, 2023<br>Trial Date:                     Not Set |

1

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Tara Palesh ("Palesh"), Jeff Scott ("Scott") and Eric Eichinger ("Eichinger") (collectively, "Defendants") consent and join the Notice of Removal filed by Defendant Pfizer Inc. ("Pfizer's Notice of Removal"), who removed the above-entitled action from the Superior Court of the State of California for the County of San Francisco, to the United States District Court for the Northern District of California, pursuant to 28, U.S.C. Sections 1332 and 1441 as described in Pfizer's Notice of Removal.

Defendant Pfizer, Inc. was served on June 14, 2023, with a Notice and Acknowledgment of Receipt along with a copy of the Summons and Complaint. Pfizer returned the Notice and Acknowledgment of Receipt on July 5, 2023, making its responsive pleading due on or before August 4, 2023. A true and correct copy of the executed Notice and Acknowledgment of Receipt is attached as **Exhibit B** to the Lynch Decl. filed concurrently with Pfizer's Notice of Removal [Lynch Decl., ¶ 3, Exh. B.]

On the same day, Plaintiff served Defendants Palesh, Scott, and Eichinger, with a Notice and Acknowledgment of Receipt along with a copy of the Summons and Complaint. Similarly, Pfizer returned the Notice and Acknowledgment of Receipt on July 5, 2023, making its responsive pleading due on or before August 4, 2023. [*Id.*]

DATED: August 4, 2023    JACKSON LEWIS P.C.

By: */s/ Alison L. Lynch*
Alison L. Lynch
Donald E. English, Jr.
Parth P. Jani

Attorneys for Defendants
PFIZER, INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

4858-6770-1873, v. 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE