Alison L. Lynch (SBN 240346)
Parth P. Jani (SBN 334881)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendants
PFIZER INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN,<br><br>           Plaintiff,<br><br>    vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO.:<br><br>**DEFENDANT PFIZER INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br><br>State Court Complaint Filed: April 25, 2023<br>Trial Date:                Not Set |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Defendant PFIZER INC. ("Defendant"), hereby make its disclosures pursuant to Federal Rule of Civil Procedure 7.1(a).

| Case No.: | 1 | DEFENDANT PFIZER'S CORPORATE DISCLOSURE STATEMENT |
|---|---|---|

Defendant is a Delaware corporation. The principal place of business for all of Defendant's corporate operations is in New York, New York.

Defendant is a publicly traded company on the New York Stock Exchange and traded under the symbol PFE. No publicly held corporation owns 10% or more of Defendant's stock.

DATED:  August 4, 2023               JACKSON LEWIS P.C.


By:   */s/ Alison L. Lynch*
       Alison L. Lynch
       Donald E. English, Jr.
       Parth P. Jani

       Attorneys for Defendants
       PFIZER, INC., TARA PALESH,
       JEFF SCOTT and ERIC EICHINGER

       4877-1088-0611, v. 4