1 | Alison L. Lynch (SBN 240346)
2 | Parth P. Jani (SBN 334881)
  | JACKSON LEWIS P.C.
3 | 200 Spectrum Center Drive, Suite 500
  | Irvine, CA 92618
4 | Tel: (949) 885-1360
  | Fax: (949) 885-1380
5 | Alison.Lynch@jacksonlewis.com
  | Parth.Jani@jacksonlewis.com

6 | Donald E. English, Jr. (SBN 0006210135)
  | JACKSON LEWIS P.C.
7 | 2800 Quarry Lake Drive, Suite 200
  | Baltimore, MD 21209
8 | Tel: (410) 415-2007
  | Fax: (410) 415-2001
9 | Donald.English@jacksonlewis.com

10 | Attorneys for Defendants
   | PFIZER, INC., TARA PALESH,
11 | JEFF SCOTT and ERIC EICHINGER

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| FRANK HAN, | CASE NO.: |
|---|---|
| Plaintiff, | **DEFENDANT PFIZER INC.'S NOTICE OF INTERESTED PARTIES** |
| vs. | |
| PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual and DOES 1 through 100, inclusive, | State Court Complaint Filed: April 25, 2023<br>Trial Date: Not Set |
| Defendants. | |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

1. The undersigned counsel of record for Defendants Pfizer Inc. ("Pfizer"), Tara Palesh ("Palesh"), Jeff Scott ("Scott"), and Eric Eichinger ("Eichinger") (collectively, "Defendants") certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Frank Han
2. Defendant Pfizer Inc.
3. Defendant Tara Palesh
4. Defendant Jeff Scott
5. Defendant Eric Eichinger

Defendants are presently unaware of any other individuals who would have a direct, pecuniary interest in the outcome of this case.

Dated: August 4, 2023                    JACKSON LEWIS P.C.

                                         By: */s/ Alison L. Lynch*
                                             Alison L. Lynch
                                             Donald E. English, Jr.
                                             Parth P. Jani

                                             Attorneys for Defendants
                                             PFIZER INC., TARA PALESH,
                                             JEFF SCOTT and ERIC EICHINGER

4869-9873-5220, v. 1