| | |
|---|---|
| 1 | Alison L. Lynch (SBN 240346) |
| | Parth P. Jani (SBN 334881) |
| 2 | JACKSON LEWIS P.C. |
| | 200 Spectrum Center Drive, Suite 500 |
| 3 | Irvine, CA 92618 |
| | Tel: (949) 885-1360 |
| 4 | Fax: (949) 885-1380 |
| | Alison.Lynch@jacksonlewis.com |
| 5 | Parth.Jani@jacksonlewis.com |

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendants
PFIZER INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 4:23-cv-03908-DMR**<br><br>DATE: October 12, 2023<br>TIME: 1:00 p.m<br>CTRM: 4 - 3rd Floor<br><br>**DEFENDANT PFIZER INC.'S [PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[FED. R. CIV. P. 12(b)(6)]<br><br>[*Filed concurrently with Notice of Motion and Motion; and Declaration in support*]<br><br>State Court Complaint Filed: April 25, 2023<br>Removed: August 4. 2023 |

Defendant Pfizer Inc.'s ("Pfizer") Motion to Dismiss Plaintiff Frank Han's ("Plaintiff") Complaint came on for hearing before this Court on October 12, 2023, at 1:00 p.m. in Courtroom 4, The Honorable Donna M. Ryu, presiding.

After considering the moving, opposition and reply papers, the argument of counsel and all other matters presented to the Court, **IT IS HEREBY ORDERED**:

Defendant's Motion to Dismiss Plaintiff's Complaint is **GRANTED** as follows:

1. _____ Plaintiff's Second Cause of Action for violation of California Fair Employment and Housing Act - Hostile Work Environment is **dismissed**, [without/with leave to amend], for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

2. _____ Plaintiff's Third Cause of Action for violation of California Fair Employment and Housing Act – Harassment is **dismissed**, [without/with leave to amend], for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

3. _____ Plaintiff's Fourth Cause of Action for violation of California Fair Employment and Housing Act - Failure to Prevent, Harassment, and Retaliation is **dismissed**, [without/with leave to amend], for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

4. _____ Plaintiff's Fifth Cause of Action for violation of Intentional Infliction of Emotional Distress is **dismissed**, [without/with leave to amend], because it is pre-empted by the Worker's Compensation Act or in the alternative for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

5. _____ Plaintiff's Seventh Cause of Action for violation of California Fair Employment and Housing Act– Retaliation is **dismissed**, [without/with leave to amend], for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

6. _____ Plaintiff's Eighth Cause of Action for Wrongful Termination in Violation of Public Policy against Individual Defendants Scott, Palesh, and Eichinger is **dismissed**, without leave to amend, for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure Rule 12(b)(6).

**IT IS SO ORDERED.**

Dated:_____, 2023                    _____

Hon. Donna M. Ryu
United States Magistrate Judge

4865-8872-0756, v. 3