Alison L. Lynch (SBN 240346)
Parth P. Jani (SBN 334881)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendants
PFIZER INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: 3:23-cv-03908-AMO<br><br>[*Assigned to Hon. Araceli Martinez-Olguin*]<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR AN ORDER TO APPEAR REMOTELY AT MOTION TO DISMISS HEARING SET FOR JANUARY 30, 2025**<br><br>*[Stipulation and Proposed Order filed concurrently herewith]*<br><br>**Date:     January 30, 2025**<br>**Time:     2:00 p.m.**<br>**Location: Ctrm 10, 19th Floor**<br><br>State Court Complaint Filed: April 25, 2023<br>First Amended Complaint: January 29, 2024<br>Trial Date:                                Not Set |

CASE NO.: 3:23-cv-03908-AMO         1         DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR AN ORDER TO APPEAR REMOTELY

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF, AND PLAINTIFF'S COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-11, Defendants Pfizer Inc. ("Pfizer"), Tara Palesh ("Palesh"), Jeff Scott ("Scott"), and Eric Eichinger ("Eichinger") (collectively "Defendants") hereby administratively move for their counsel, Alison L. Lynch, and Plaintiff Frank Han's counsel, to appear remotely (by Zoom or comparable platform) at the hearing on Defendant Pfizer's Motion to Dismiss set for January 30, 2025 at 2:00 p.m. ("Motion").  This Motion is unopposed and submitted concurrently with a Stipulation as to same.

Pursuant to Honorable Araceli Martinez-Olguin's Civil Standing Order Section C.2, the Parties are making this joint request in compliance with Local Rule 7-11(a), with the concurrently filed Joint Stipulation and Proposed Order.

DATED:  January 17, 2025                    JACKSON LEWIS P.C.

                                            By:    /s/ *Alison L. Lynch*
                                                   Alison L. Lynch
                                                   Donald E. English, Jr.
                                                   Parth P. Jani

                                                   Attorneys for Defendants
                                                   PFIZER, INC., TARA PALESH,
                                                   JEFF SCOTT and ERIC EICHINGER

# PROOF OF SERVICE

**FEDERAL DISTRICT COURT OF THE STATE OF CALIFORNIA**

**CASE NAME:**   *Han vs. Pfizer Inc., et al*

**CASE NUMBER: 3:23-cv-03908-AMO**

I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On January 17, 2025, I served the foregoing document(s) described as:

**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR AN ORDER TO APPEAR REMOTELY AT MOTION TO DISMISS HEARING SET FOR JANUARY 30, 2025**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael Alder, Esq.<br>Zulma A. Munoz, Esq.<br>ALDERLAW, PC<br>12800 Riverside Drive, 2nd Floor<br>Valley Village, CA 91607 | Attorneys for Plaintiff,<br>***FRANK HAN***<br><br>Tel :    (310) 275-9131<br>Fax :   (310) 275-9132<br>Email : cmalder@alderlaw.com<br>            zmunoz@alderlaw.com<br>            mbrown@alderlaw.com |
| Steven M. Sweat, Esq.<br>STEVEN M. SWEAT, PERSONAL INJURY LAWYERS, APC<br>11500 W Olympic Blvd. Suite 400<br>Los Angeles CA 90064 | Tel :    (323) 944-0993<br>Fax :   (323) 592-3163<br>Email : ssweat@stevensweatapc.com |

☒ **BY NOTICE OF ELECTRONIC FILING**: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E).

☒ **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 17, 2025, at Irvine, California.

*/s/ Aracely Escobedo*
Aracely Escobedo

4898-7648-1551, v. 5