```
Alison L. Lynch (SBN 240346)
Parth P. Jani (SBN 334881)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

Donald E. English, Jr. (SBN 0006210135)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel: (410) 415-2007
Fax: (410) 415-2001
Donald.English@jacksonlewis.com

Attorneys for Defendants
PFIZER INC., TARA PALESH,
JEFF SCOTT and ERIC EICHINGER
```

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN, an individual,<br><br>                Plaintiff,<br><br>  vs.<br><br>PFIZER INC.; a Delaware corporation; TARA PALESH, an individual; JEFF SCOTT, an individual; ERIC EICHINGER, an individual and DOES 1 through 100, inclusive,<br><br>                Defendants. | CASE NO.: 3:23-cv-03908-AMO<br><br>[*Assigned to Hon. Araceli Martinez-Olguin*]<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT PFIZER INC.'s ADMINISTRATIVE MOTION FOR AN ORDER TO APPEAR REMOTELY AT MOTION TO DISMISS HEARING SET FOR JANUARY 30, 2025**<br><br>**Date:**     **January 30, 2025**<br>**Time:**     **2:00 p.m.**<br>**Location: Ctrm 10, 19th Floor**<br><br><br>State Court Complaint Filed: April 25, 2023<br>First Amended Complaint: January 29, 2024<br>Trial Date:                  Not Set |

1  TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2  Defendants Pfizer Inc. ("Pfizer"), Tara Palesh ("Palesh"), Jeff Scott ("Scott"), and
3  Eric Eichinger ("Eichinger") (collectively "Defendants") and Plaintiff Frank Han
4  ("Plaintiff") (collectively, the "Parties"), by and through their respective attorneys,
5  stipulate as follows:

6  WHEREAS, Defendant Pfizer filed a Motion to Dismiss Plaintiff's First Amended
7  Complaint ("Motion") on March 5, 2024;

8  WHEREAS, Defendants' attorneys are based in Irvine, CA, and Baltimore, MD;

9  WHEREAS, Plaintiff's attorneys are based in Los Angeles, CA;

10 WHEREAS, after several continuances on the Court's own motion, the hearing on
11 Defendants' Motion is currently set for January 30, 2025; and

12 WHEREAS, in order to save the cost and expense of travel, the Parties jointly agree
13 to appear for the Motion via remote means and respectfully request that the Court allow
14 remote appearances for the Motion.

15

16 NOW, THEREFORE, the Parties hereby jointly stipulate that the hearing on
17 Defendant Pfizer's Motion to Dismiss Plaintiff's First Amended Complaint calendared for
18 January 30, 2024, at 2:00 p.m., be held remotely via Zoom on the same day and at the same
19 time.

20

21 DATED: January 17, 2025              JACKSON LEWIS P.C.

22
23                                     By:   */s/ Alison L. Lynch*
                                             Alison L. Lynch
24                                           Donald E. English, Jr.
                                             Parth P. Jani
25
                                             Attorneys for Defendant
26                                           PFIZER, INC., TARA PALESH,
                                             JEFF SCOTT and ERIC EICHINGER
27

28

| | | |
|---|---|---|
| Date: January 16, 2025 | | **ALDERLAW, PC** |
| | By: | *s/ Elana R. Levine* |
| | | MICHAEL ALDER |
| | | ELANA R. LEVINE |
| | | Attorney for Plaintiff |
| | | FRANK HAN |
| Date: January 16, 2025 | | **STEVEN SWEAT, A.P.C.** |
| | By: |  |
| | | STEVEN SWEAT |
| | | Attorney for Plaintiff |
| | | FRANK HAN |

| CASE NO.: 3:23-cv-03908-AMO | 3 | STIPULATION AND [PROPOSED] ORDER FOR REMOTE HEARING |
|---|---|---|

# [PROPOSED] ORDER

Having read and considered the Parties' Stipulation Under Civil L.R. 7-12 to hold the hearing on Defendant Pfizer's Motion to Dismiss Plaintiff's First Amended Complaint remotely via zoom (the "Stipulation"),

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS SO ORDERED.**

Dated: _____            _____

Araceli Martinez-Olguin
District Court Judge

# PROOF OF SERVICE

**FEDERAL DISTRICT COURT OF THE STATE OF CALIFORNIA**

**CASE NAME:** *Han vs. Pfizer Inc., et al*

**CASE NUMBER: 3:23-cv-03908-AMO**

I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On January 17, 2025, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION FOR AN ORDER TO APPEAR REMOTELY AT MOTION TO DISMISS HEARING SET FOR JANUARY 30, 2025; MEMORANDUM OF POINTS AND AUTHORITIES**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael Alder, Esq.<br>Zulma A. Munoz, Esq.<br>ALDERLAW, PC<br>12800 Riverside Drive, 2nd Floor<br>Valley Village, CA 91607 | Attorneys for Plaintiff,<br>***FRANK HAN***<br><br>Tel :   (310) 275-9131<br>Fax :   (310) 275-9132<br>Email : cmalder@alderlaw.com<br>              zmunoz@alderlaw.com<br>              mbrown@alderlaw.com |
| Steven M. Sweat, Esq.<br>STEVEN M. SWEAT, PERSONAL INJURY LAWYERS, APC<br>11500 W Olympic Blvd. Suite 400<br>Los Angeles CA 90064 | Tel :   (323) 944-0993<br>Fax :   (323) 592-3163<br>Email : ssweat@stevensweatapc.com |

☒ **BY NOTICE OF ELECTRONIC FILING**: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E).

☒ **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 17, 2025, at Irvine, California.

*/s/ Aracely Escobedo*
Aracely Escobedo

4904-6381-5183, v. 4