MICHAEL ALDER (SBN 170381)
cmalder@alderlaw.com
ELANA R. LEVINE (SBN 234155)
llevine@alderlaw.com
**ALDERLAW, PC**
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607
Tel: (310) 275-9131
Fax: (310) 275-9132

STEVEN M. SWEAT (SBN 181867)
ssweat@stevensweatapc.com
**STEVEN M. SWEAT, PERSONAL INJURY LAWYERS, APC**
11500 W. Olympic Blvd., Suite 400/488
Los Angeles, CA 90064
Tel: (310) 592-0445

*Attorneys for Plaintiff* FRANK HAN



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FRANK HAN, an individual,

Plaintiff,

v.

PFIZER INC., a Delaware Corporation; TARA PALESH, an individual; JEFF SCOTT; an individual; ERIC EICHINGER; an individual; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 3:23-cv-03908-AMO

*Assigned for All Purposes to: Hon. Araceli Martinez-Olguin*

**SUPPLEMENTAL DECLARATION OF ELANA R. LEVINE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

**Date: April 24, 2025**
**Time: 2:00 p.m.**
**Crtrm.: 10, 19th Floor**

State Court Complaint Filed: April 25, 2023
Removed: August 4, 2023
Trial: July 7, 2026

Alder Law, P.C.
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

**DECLARATION OF ELANA R. LEVINE**

I, Elana R. Levine, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a Trial Attorney with the firm of AlderLaw, PC Counsel of Record for Frank Han ("Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. My firm accepted the retention of its services along with co-counsel Steven M. Sweat pursuant the terms and conditions evidenced in a written engagement letter and fee agreement executed by Frank Han in January 2023.

3. This declaration is made in response to Docket 51, Order of the Court re Docket 49 dated March 28, 2025.

4. Since the execution of the engagement letter and fee agreement, Counsel for Plaintiff has diligently performed services on behalf of Plaintiff, and has provided Plaintiff with timely updates on issues related to this case.

5. The conditions for permissive withdrawal under Local Rule 11-5 are present. On March 12, 2025 my firm provided written notice to Plaintiff that it would be filing a motion to withdraw if Plaintiff did not seek other counsel. This was due to numerous irreconcilable fundamental differences that arose regarding the attorney-client relationship. On March 17, 2025 I transmitted a substitution of attorney form to Plaintiff, but to date it remains unexecuted. After telephonic conversations, my firm thereafter contacted defense counsel in writing on March 18, 2025 and asked for additional time for certain issues as this motion was imminent. Plaintiff did not obtain alternative counsel or execute a substitution of attorney, the Motion to Withdraw was filed on March 24, 2025.

6. In accordance with my professional and ethical duties, I cannot set forth a more detailed narrative as to the notice Counsel provided of its intention to withdrawal or explanation as to what has brought about this Motion. I will respond to any questions this Court may pose, consistent with its professional and ethical duties, and will be prepared to discuss in chambers if so requested.

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 1, 2025

By: */s/ Elana R. Levine*
ELANA R. LEVINE

**Alder Law, P.C.**
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

**Alder Law, P.C.**
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

**PROOF OF SERVICE**

*Frank Han v. Pfizer Inc., et al.*

United States District Court, Northern District; Case No. 3:23-cv-03908-AMO

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12800 Riverside Drive, 2nd Floor, Valley Village, CA, 91607.

On April 1, 2025, I served the foregoing document(s) described as **SUPPLEMENTAL DECLARATION OF ELANA R. LEVINE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL,** on all interested parties in this action as set forth on the attached service list in the following manner:

x **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be picked up via FEDERAL EXPRESS for delivery to the addressee(s) set forth on the attached service list on the next business day.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered via personal delivery to the addressee(s) set forth on the attached service list.

x **BY ELECTRONIC SERVICE:** Pursuant to the agreement of the parties, I caused the document(s) listed above to be delivered via electronic mail to the parties in this action using the email addresses identified on the attached Service List. After transmitting the documents, and waiting a reasonable time thereafter, I did not receive an error message or any other electronic message or other indication that the transmission was unsuccessful. We will provide a physical copy, on request only.

☐ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

x FEDERAL: I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on April 1, 2025 at Los Angeles, California.

/s/ Michelle Tanzer
Michelle Tanzer

**Alder Law, P.C.**
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607

**SERVICE LIST**

*Frank Han v. Pfizer Inc., et al.*
United States District Court, Northern District; Case No. 3:23-cv-03908-AMO

---

***Attorneys for Defendants***

Alison L. Lynch
Parth P. Jani
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618

Email(s):
Alison.Lynch@jacksonlewis.com
Parth.Jani@jacksonlewis.com

***Attorneys for Defendants***

Andrew J. Kozlow
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111

Email(s):
Andrew.Kozlow@jacksonlewis.com

***Attorneys for Defendants***

Donald E. English, Jr.
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209

Email(s):
Donald.English@jacksonlewis.com

***Plaintiff***
Frank Han
2015 Dorne Place
Fremont, CA 94539
Via Regular Mail and Email

Email: hanx@comcast.net