UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-03908-AMO<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 49 |

　　　　Before the Court is the motion to withdraw as counsel for Plaintiff Frank Han. ECF 49. The matter is fully briefed and suitable for decision without oral argument. Accordingly, the hearing set for April 24, 2025 is **VACATED** and the motion to appear by telephone at the hearing (ECF 50) is **TERMINATED AS MOOT**. On April 7, 2025, Defendant filed a statement of non-opposition to the motion. ECF 53. Having read the motion and supplemental declaration filed by Plaintiff's counsel (ECF 49, 52), as well as the relevant legal authority, the Court hereby **GRANTS** the motion. Because the motion was not accompanied by simultaneous appearance of substitute counsel or agreement of Plaintiff to appear pro se, pursuant to Civil Local Rule 11-5, papers filed in this case **SHALL** continue to be served on Plaintiff's counsel for forwarding purposes, unless and until Plaintiff appears by other counsel or pro se. Plaintiff's counsel **SHALL** notify Plaintiff of this condition, in writing, no later than April 11, 2025.

　　　　**IT IS SO ORDERED.**

Dated: April 8, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**